In the Matter of the Application of SAMUEL S. KOENIG, Respondent, for a Peremptory Writ of Mandamus against J. GABRIEL BRITT et al., Constituting the Board of Elections of the City of New York, Appellants.

*Matter of Koenig* v. *Britt*, 149 App. Div. ——, affirmed.
(Argued March 4, 1912; decided March 7, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 29, 1912, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to have printed and furnished to the enrolled voters at the Republican primary election a ballot pursuant to the provisions of section 58 of the Election Law.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for appellants.

*A. S. Gilbert* for respondent.

*James A. Foley* for Democratic county committee of the county of New York, intervening.

*Herbert R. Limburg* for Independence League party, intervening.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.